JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAMES BLAND,

              Petitioner,

    v.

MIKE McDONALD, Warden,

              Respondent.

Case No. CV 09-4679-JHN (OP)

J U D G M E N T

      Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: ___July 26, 2011___

              HONORABLE JACQUELINE H. NGUYEN
              United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge